TERRY R HUNT (204067)
917 Seventh Street
Sacramento, CA 95814

Telephone (916) 448-7009
Facsimile (916) 448-7010

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEPHEN C. BRUTON<br><br>Debtor<br>_____<br>AutoPartSource LLC, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>STEPHEN C. BRUTON, an individual. | Case No.: 13-41028<br><br>Adversary Number: 13-04111<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULE 12(b)(6) and SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>HEARING DATE: August 1, 2013<br>TIME: 11:00 AM<br>JUDGE: HON. ROGER L. EFREMSKY |

**TO: U.S. BANKRUPTCY JUDGE, PLAINTIFFS ATTORNEY OF RECORD AND ALL INTERESTED PARTIES.**

**PLEASE TAKE NOTICE** that on August 1, 2013, at 11:00 a.m., in Courtroom 201 of the United States Bankruptcy Court for the Northern District of California, located on the second floor, United States Bankruptcy Court, 1300 Clay Street, Oakland, CA 94612. Defendant Debtor Steven C. Bruton will and hereby does move for a dismissal of the Complaint in its entirety or, in the alternative, as many causes of action as the Court

1

| | |
|---|---|
| 1 | deems appropriate, for failure to state a claim upon which relief can be granted. |
| 2 | (Fed.R.Civ.P. 12(b)(6)). |
| 3 | The motion will be based upon the schedules and other documents filed by the |
| 4 | Debtor and the discovery in this case. |
| 5 | DATED: June 21, 2013       LAW OFFICE OF TERRY R HUNT |

/s/ Terry R. Hunt
TERRY R. HUNT
Attorney for Steven C. Bruton